**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7506**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

THOMAS LESTER KETELSEN,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Lacy H. Thornburg, District Judge.  (1:04-cr-00070-LHT-1)

Submitted:  May 21, 2009                    Decided:  May 26, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Lester Ketelsen, Appellant Pro Se.  Gretchen C. F. Shappert, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lester Ketelsen appeals the district court's order denying Ketelsen's motion to amend the 2004 judgment sentencing him to 210 months' imprisonment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Ketelsen</u>, No. 1:04-cr-00070-LHT-1 (W.D.N.C. July 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>